IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**NICOLE M. MITCHELL,**                        10-CV-267-PK

       **Plaintiff,**                             ORDER

v.

**PROVIDENCE HEATH PLAN,**

       **Defendant.**


**NICOLE M. MITCHELL**
8628 S.W. Fair Ridge Way
Portland, OR 97223
(503) 297-3348

       Plaintiff, *Pro Se*

**AARON. T. BALS**
**ARDEN J. OLSEN**
Harrang Long Gary Rudnick, PC
1001 S.W. 5th Avenue, Suite 1600
Portland, OR  97204
(503) 242-0000

       Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#15) on June 23, 2010, in which he recommends this Court deny Plaintiff Nicole M. Mitchell's Motion (#5) to Remand.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#15).  Accordingly, the Court **DENIES** Plaintiff's Motion (#5) to Remand.

IT IS SO ORDERED.

DATED this 7th day of September, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge