IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NICOLE M. MITCHELL,**                        10-CV-267-PK

      **Plaintiff,**                             **JUDGMENT**

v.

**PROVIDENCE HEALTH PLAN,**

      **Defendant.**

    Based on the Court's Order (#43) issued December 14, 2010, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 14th day of December, 2010.

                                      /s/ Anna J. Brown

                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT